# Exhibit 1

**SUMMARY OF CONVERSATIONS WITH MICHAEL BENTLEY**

I am employed at Bedi & Singer, LLP. As part of my duties, I interviewed Michael Bentley about his family, medical and social history. I spoke with Michael by phone on October 24, 2025 and November 17, 2025. The following is a summary of our conversations.

Michael grew up in the Bronzeville neighborhood on the south side of Chicago. While Michael's parents recalled a childhood in which Michael did not really want for much, Michael remembers his childhood a bit differently. He relates that his parents often struggled financially. He says, "[My parents] scrambled to create insulation against trying times while also repaying student loans and both attending advanced degree programs."

Michael also recalls difficult times as a child when both his sister and his mother were hospitalized simultaneously. Their hospitalizations occurred in the late 1990s when children were not allowed on hospital floors, so he spent a lot of time trying to entertain himself in hospital lobbies. He did not feel he was getting the attention he needed and began to act out, at home and at school. The situation became so grim that he would get into trouble almost every day. Michael states, "My teacher would call home so much that she would end up forgetting about what I had done and just talk with my mother." While this was not the attention Michael craved, it was attention nonetheless, and he was grateful for just being noticed. Michael believes that during this time, he began to equate "doing wrong with getting the results I wanted."

While growing up in Bronzeville, Michael was surrounded by what he refers to as "inner city" issues such as "some violence, some drugs," which Michael recalled as "the darkness and shadow of the city." Michael also considered this as "normal stuff" which was common in "the inner city." Michael was so accustomed to his surroundings, he says, "I did not see it as a problem as a child." Michael frequently saw drugs being used and sold, gang activity, and random acts of street violence when he went outside to play or on his way to and from school.

Michael was violently car jacked as a senior in high school. He believes a girl he knew "set him up." Even now, Michael finds it "hard to talk about" this life-altering event. He recalls that he was driving down an alley when his car was suddenly boxed in by another car. Michael was

1

immediately confronted by a male Black who began to pistol-whip him in the face, while attempting to pull him out of the car. Michael still had his seat belt on and he floored the gas, drove through a fence, and managed to make his way into a Mcdonald's parking lot, where he stumbled into the restaurant, blacked out and collapsed on the floor. He remembers, "there was a lot of blood." Michael woke up in the ambulance before passing out again and being treated in the emergency room. He was hospitalized for approximately three days.

Michael's injuries were severe. HIs nose was broken and his lips had to be sewn back together. He could not eat solid food because his teeth were loose and he was confined to his bed for months. He was bedridden because his injuries made it difficult for him to move around. Though after a time, he preferred not to leave the house, because, as he says, "My mind was messed up." Michael was 17 years old and says quite simply, "I did not want to be seen."

As Michael grew older, he began to experience other, profound losses stemming from street violence. While it was not Michael's earliest loss, the murder of his friend, Malik Dunlap was probably his most significant. Michael had been friends with Malik since they were in the third grade. They were inseparable, would share each other's clothes and spend the night at each other's homes just about every week. On June 1, 2011, Malik was shot in what Michael believes was a targeted attack. Michael's world was turned upside down. In the aftermath of Malik's murder, Michael remembers crying and drinking himself "numb." He bought a bottle of Remy Martin, took it to the park, and consumed it until he could no longer feel the unendurable pain. No one was ever arrested. Recently, Michael was reminded of Malik's murder, when he happened to be watching a YouTube video of a young man who was rapping about Michael's shooting. The rapper, himself, had just been murdered.

Shortly before losing Malik, Michael's friend Ismael Robinson was murdered on April 30, 2011. Like Malik, Michael had also attended Kenwood Grade School with Ismail. Police found his body on the curb at 50th and Drexel. He had been shot to death.

When Michael was 16 or 17, he lost another grade school friend to street violence. HIs name was "Arthur." In the intervening years, Michael has forgotten his last name, but he cannot forget the impact of this death on his young life. Michael recalls that he lost at least four or five more friends to shootings. He says, "At some point, I had all of the articles (about my friend's murders), but I have lost them along the way." He says, "The most twisted part of [losing my

2

friends] is that it became my normality. This is what I thought was normal and it affected how I dealt with my problems. At a young age, I felt I had to fight for my life"

Despite the challenges Michael faced, he graduated from Whitney Young High School in 2007. He received a scholarship to attend Florida A&M University in Tallahassee, Florida for their five-year MBA program. Michael later transferred to DePaul University in Chicago, Illinois. Michael's scholarship money ran out before he was unable to complete his college education.

Michael has a nine-year-old son, Marlo Alexander Bentley, whom Michael dotes on and who is the center of his world. Marlo adores his father and cherishes every minute they are able to spend together. Michael became a father at 27 and recalls being involved in every aspect of Marlo's life, even before his birth, "from ultrasounds to baby showers." Michael said it was "amazing" becoming a dad." And it still is.

Michael and Marlo's mother, Alea Smith, are no longer together after a five year committed relationship. Although there is no court-ordered child support, Michael pays $500 a month, in addition to whatever "other things" Marlo needs. Michael and Alea have worked out a joint custody agreement between themselves, in which Marlo lives with his dad from Thursday after school until Sunday evening. On Sunday evening, Marlo returns home to his mom. Michael describes Thursday as "the best day of the week." He says Sunday is "the saddest of the week."

When Marlo is with Michael, they spend as much time together as possible. Marlo takes swimming lessons, piano lessons, and plays soccer. Pop tarts his preferred snack. Michael takes Marlo to and from school, helps him with his homework and ensures that he is on time to after-school activities and lessons. When they are at home, Michael helps Marlo with homework, watches television and reads with him, and cooks dinner for him, especially Marlo's favorite, chicken tacos. Michael has recently been showing Marlo how to make sandwiches with "the big knife." Michael is teaching his son life skills in an effort to make Marlo more independent and less reliant on his parents.

Marlo loves horror movies, roller coasters, swimming and water parks, especially the water parks that are attached to hotels where they can spend the night. Marlo enjoyed the thrill of roller coasters so much that Michael bought a season pass to Six Flags. The thought of being away for an extended period of incarceration is devastating for Michael.

3

Michael has plans for the future, which include returning to his work as a truck driver, reconnecting with loved ones, learning from the events that led to his involvement in this case, and continuing to evolve as a changed man. He is ready to accept the consequences of his actions. He has gained a better understanding of himself during the pendency of this case. Most importantly, Michael wants to live a normal life, without this case hanging over his head. He sees this as a life where he can engage with his parents and embrace his son. He acknowledges there will be challenges along the way, but Michael can overcome anything that comes his way.

Michael never imagined that he would be facing a prison term at any point, much less at 36-years-old. He is still adjusting to the exhausting and painful reality and the rippling effect of his acts. In some ways, Michael recalls feeling "relieved" when he was finally "caught," since he was able to break with the life that led to these charges, without fear of repercussions from those he was involved with.

With his increasing involvement with the individuals and in the events that led to these charges, Michael could see no way out. He says, "I always owed money. I kept owing more and more money. This was by design. I wanted to stop but I could not stop. I was in so deep and these people would not take no for an answer." Michael continues, "Once busted, I had to stop.I was kind of grateful when it happened." Michael understands that he should have extricated himself from this situation long before he had contact with the FBI and other agencies and for that, he is extraordinarily sorry. Michael carries overwhelming guilt and never wants to live through anything like this again.

Michael is profoundly remorseful for the ongoing effect his actions have had on those whom he loves. At some point, Michael does not recall the exact date, but sometime around his arrest, his family staged an intervention. It's been years ago. Though even now, he cannot escape the deep-seated sense of embarrassment and humiliation he felt. He marks it as one of the worst experiences of his life, along with this arrest. Although Michael cannot recall what was said, he knows his parents were "really upset" with him. He cannot forget the shame that his parents felt when they were forced to confront him with the devastating turn his life had taken. They had always been so proud of him.

4

Michael knows that at some point, he will have to explain to Marlo why his father has been away from him. Marlo was just a baby when Michael became involved in this case. At the time, Michael did not consider the consequences his actions would have on his son.  Michael has been telling Marlo "a little bit," about what has been going on, but as Marlo gets older, Michael knows his son will want answers. This is not a conversation Michael relishes but he will be able to teach his son that when you do something wrong, you must take responsibility for that wrong, admit it, learn from it, and not let it define you. Michael knows he will be saddened to be away from Marlo as he reaches pivotal milestones in his life.

Michael also worries about his parents. They are both in their 70s. His mother has suffered from varying health issues for decades. He does not know whether either of his parents will be around when he is released from prison. This case has caused them immeasurable stress and for that he is deeply regretful.

Michael continues to process the ramifications of all he has done, all he has lost that can never be recovered, and the impact his actions have on those he cares for and those he has never met. Michael says, "I realized all the time I had been destroying and not building. Even if I hadn't forced someone to do drugs, I still took part in their demise. I felt that I was still a catalyst of their chaos that children may have been subject to." Michael knows he cannot escape responsibility for how he may have contributed to others' drug use and addiction. For this Michael is extraordinarily sorry. Michael accepts that he has no one to blame but himself and he will never again violate the law or put himself in a position to endanger his freedom.

This is a summary of my conversations with Michael Bentley.

Stephanie Hirschboeck