# Exhibit 2

**Dear Honorable Judge Cummings,**

**Mother's Support letter** - **Michael R. Bentley** is my son and I, Michelle Bentley, am his proud mother. I am a retired minister and educator who served Chicagoland for over 50 years: from a GED instructor to Cabrini Green young adults, to the principal of a high school for serious juvenile male offenders in Project New Pride, to the Dean and faculty of a theological seminary, senior pastor to several churches, a Director in our Denomination, a hospital chaplain, and an expert consultant for Cook County's Public Defender Alternative Sentencing Program for Capital Criminal cases under the supervision of Cook County's first African American Public Defender, Randolph Stone and Dr. Alvin Hill..

I write to the Court today to share with you my heart and observations of my now 36 year-old son. When Michael was born I was 40 years old, and our daughter was then 13 (from birth to this day, she suffers greatly from the disease of Sickle Cell Anemia).

Michael grew up in a happy, healthy two-parent, with a big sister and dog household. It was a family affair for Michael with loving and doting maternal and paternal grandparents, aunts, cousins and caring neighbors, all of whom lived near and cared for and supported him with tough and unconditional love, and continue to do so. He experienced family trips to the south and east to visit extended family and have fun along the way. He experienced sports and YMCA camps. With two hard-working parents, Michael really didn't want for much.

Michael was selectively enrolled in the 7th and 8th grade gifted Academic Center Program at Whitney Young Magnet High School and then matriculated through their High School. While studying at Whitney Michael participated in sports, chess club, and went to proms. During those 6 years I never received one negative report during parent-teacher conferences and I went to them all and many games and meets. Michael had a good reputation and rapport with his teachers and his close friends. Matter of fact, Mike won a CPS Award from Mayor Daley for Perfect Attendance from kindergarten through 8th grade. And of course, he attended church..

Wow. I've painted everything so rosy.

While aware of several of Michael's negative experiences, he did receive counseling. Still, the unseen and hidden deep trauma inside Michael, simmered painful and confusing emotions, hidden scars, fears and anxiety. Michael and many of our boys and youth - young men continuously suffer in silence due to their unresolved trauma from years of negativity their way. Michael has had experiences of guns pointed at his head and experiencing the death of good friends to gun violence, much more. Unresolved trauma for later leisurely destruction. Trauma also experienced from simply being a smart African American boy, teen, young man living in the inner city of Chicago.

In spite of and in the midst of all of that - onward to college. Michael won a scholarship to Florida A&M University's prestigious Business School - his major. Later back home to DePaul University. Always a good student.

Always a hard worker from painting my room to sanding and staining the deck again and again. Today Michael intentionally works to heal himself through prayer, reading, sharing his growth while we play our weekly games of chess or shoot archery together. Healing by helping our homeless neighbors and the migrant family that he also assists with advice, resources. He helps his niece and others through listening, tutoring, driving lessons- standing and hugging with her as she tells him that she's gay. He mentors and tutors his godson, a young cousin, fellow truckers, and gives me great advice.

Michael is the kind of brother that sits at his sister's hospital bedside for hours and overnight, on many occasions, to make sure she is ok and not alone and is well looked after. Now he has begun looking after me who just turned 75 - young but non the less 75. He phones, texts, comes by often during each week asking my needs and taking care of them. And, looking after his aging father, and 90 year old grandmother, as well..

And, he has worked extremely hard and smart and non-stop in these past long hard years. During this reimagining and healing period, Michael received a certification as a crisis counselor and did the work. He also went through extensive schooling to earn his CDL license and certification, which allows him to raise his family and help others. He was a determined individual.

These 6-8 years of waiting have been hell for him and our family. Waiting for THIS day to finally come. Through extremely hard work, and heart aches - not able to move on and make plans, has this not been restitution.

I observe Michael as always the family man - a loving father to his bright son, who is his heart. Michael sacrifices. He gets up in the wee hours in the morning to get to his load to travel hundreds of miles so he can get back home in time to pick up his son from school. Michael teaches him math, sports, sportsmanship, morals, hiking, manners, more. Wonderful father who is able to do everything for his son. He receives notoriety at his jobs with safety awards and dinners thrown in his honor for being the trustworthy man and driver who they can always depend on. Michael walks the path that he wants his 8-year- old son to travel about truth and constructive life choices and decisions. A Path with Heart - God. I've never been more proud of Michael for the father, brother, son, man that he is today and tomorrow.

Peace love joy justice,

Rev. Dr. Michelle Bentley     4/15/2025