# Exhibit 3

**Dear Honorable Judge Cummings,**                                        04/25/2025

My name is Kya Briggs-Bentley. I am a mother, a sickle cell warrior, an inventor, and a proud big sister to Michael Bentley. I have known Michael his entire life, and I would be honored to share my thoughts about the person he truly is.

I remember the day my parents told me I was going to have a little brother. At first I wasn't thrilled, but over time my excitement grew, and I embraced my new role. When Michael was born, we shared a room, and I loved it. Whenever he cried, I'd jump up, even when my mom told me it wasn't my job. I took being a big sister very seriously.

Michael was a smart, curious, loving, and energetic baby. We were close, and that bond has stayed with us despite our 13 years age gap. When he was about six, I moved into my own apartment. So while we are siblings, we didn't always share the same home growing up.

Both of our parents are educated, hardworking, and respected in their fields. Our mom is a minister, which often meant travel, counseling, officiating services, and community work. When I was sick or hospitalized due to sickle cell, she was pulled away from home even more. Our dad held high-ranking, demanding roles, often working from home. Even though our parents did their absolute best, I know Michael sometimes felt lonely or unseen.

As a teenager, Michael was bright and athletic. He tested into Whitney Young Magnet School and played on the football team. He was also entrepreneurial—he used to buy candy and sell it at school. Math came naturally to him. But he also struggled quietly. He often kept to himself and wrestled with low self-esteem, thinking he wasn't good enough or attractive—feelings he later confirmed to me. It wasn't easy for him to open up, but he kept moving forward, doing his best.

Michael went to college in Florida but came back after a year. Not long after, he got involved in a toxic relationship and began surrounding himself with the wrong crowd. During that time, I was having my first child, so I often heard updates about Michael from our parents. As we began reconnecting more, I saw how much he was carrying. He had been through several traumatic experiences: he was set up and attacked by someone he was dating, robbed and pistol-whipped at his own home, and caught in the middle of a shooting while riding with someone who turned out to be a harmful influence. These events, combined with his low self-esteem, pushed him into depression.

Even with all of that, Michael kept pushing forward. I believe he was searching in the streets for something he felt was missing—attention, connection, and affirmation. This journey forced him to confront his choices, his pain, and his purpose.

Michael is deeply intelligent and always has been. Life just had to teach him some hard lessons. He's a kind, compassionate man who will listen without judgment and give you the shirt off his back. When I was hospitalized as a teen and young adult, Michael—once he was old enough—would come visit on his own and bring me little gifts to cheer me up. He even volunteered as a crisis hotline counselor, helping strangers through their darkest moments.

Everything changed when Michael became a father. I saw a light in him I hadn't seen before. He adores his son and takes fatherhood very seriously. He's hands-on, involved, and committed. He's also a loving uncle to my children, and they think the world of him.

If the word *rehabilitated* had a picture in the dictionary, Michael's face would be next to it. When he sets his mind to something, there's no stopping him. He went to truck driving school, graduated with flying colors, and accepted whatever jobs he could find to get his foot in the door. His work ethic speaks for itself—employers respect and value him. He eventually bought his own truck, a milestone we were all so proud of.

Our conversations today are very different from what they used to be. He talks about accountability, family, and the future. He's thinking about our aging parents, his role as a father, and the legacy he wants to leave behind. His mindset has shifted completely— everything he does now, he considers how it will affect others.

Michael R. Bentley has truly turned his life around. He has a strong support system, and we're standing with him as he continues to grow and succeed. I believe in him with my whole heart, and I hope you will see what I see: a man who has faced life's hardest challenges, taken responsibility, and come out stronger.

Thank you so much for your time and consideration.

**With sincere gratitude,**

Kya Briggs-Bentley