# Exhibit 4

April 25, 2024

To Whom it May Concern:

I'm Ray Bentley, Michael Bentley's dad. I have been a management professional all my life, and a public servant for at least half of my career. After eight years in corporate America, I served as the Chief Administrative Officer for the Public Defender Randolph Stone, Director of Operations for Cook County Clerk David Orr, 1st Deputy Budget Director for Chicago Public Schools, and Chief Program Officer for the Chicago/Cook County Workforce Partnership.

I also spent a considerable amount of my career working for nonprofits as a direct service provider to CHA residents during the Plan for Transformation, the CHAs effort to relocate public housing residents, tear down public housing and replace them with mixed income communities. My son Mike accompanied me on occasion as I went to the ABLA homes on the near west side to work. I also worked in Rockwell Gardens, the Horner Homes and Cabrini Green as they underwent transformation. This work led me to finish my public service career in the field of workforce development, helping people of all ages and backgrounds to enter the workforce. My wife called me a workaholic; I do harbor some self guilt for doing so much for other causes at the expense of time with my own son.

My son, Michael Bentley, is a good human being whom I believe was a victim of a "culture" that has taken so many prisoners, male and female, that it should be charged and held criminally liable for kidnapping an entire generation of young people and poisoning them so badly that, to this day, we find our community in crisis with no clear way out. I know this will never happen, so I am attempting to make a case for my son's freedom and his opportunity to continue to contribute to his family and his community. I say to continue to contribute because for the last five years, even with a cloud over his head he has continued to push forward with his life through work and honoring his relationships and family.

As a retired bureaucrat, I know how government works and how everyday citizens can become "commoditized". In order for me to believe in our country, I have to believe in the constitution and the bill of rights. Under the 6th amendment, each of us has the right to a speedy trial. In Mike's case, it took the prosecutor just under five years (up to the deadline) to move forward with his case. Respectfully, there may be good reasons why such a case was delayed for such a long period of time, but it has led to a prison of the mind for Mike and us. While I have to assume it is perfectly legal to do this, it feels ethically and morally wrong.

My personal ranting aside, Michael is a really good person, as anyone could see if they spend any time talking to him. He's hard working and compassionate, the traits I strived to instill in him at an early age. When he was young I had him listen to Earl Nightingale's "The Strangest Secret". He read "Who Moved My Cheese" as a teenager, and memorized the poem "I Bargained with Life for a Penny". When the migrant crisis occurred, Mike made it his personal mission to go over to the migrant shelter on 22nd Halsted and "adopt" a Venezuelan family, which he did for weeks. He has a great work ethic. He's been recognized as an excellent and safe driver by his trucking firms, and prior firms have tried to recruit him back after he left for better opportunities elsewhere. If either I or his mother, or his grandmother, need anything, Mike is there that day to give it to us. When his 3rd cousin, Malari, was being raised by a single mom, Mike stepped in to spend time with him as a kind

1

of surrogate father, taking him places and treating him like a son. He continued to do so even after his own son's birth.

Mike attended St. Thomas Apostle for his first few years of grade school, but transferred to Williiam Ray School for grades 3 through 6th, where he received the perfect attendance award from Arnie Duncan at a citywide celebration dinner. He went to Whitney Young's Academic Center for 6th and transitioned into the high school. He was awarded a scholarship to attend Florida A&M University. He later transferred to DePaul but did not complete.

Because of my workforce knowledge I advised him that the trucking field was wide open and paid well. He attended truck driving school and earned his commercial driver's license. As a trucker, he approaches his job professionally and understands the values of self-discipline and patience. Mike works many hours, getting up and out by 2:00-3:00am in order to beat traffic as he travels regionally delivering and returning freight. He bought his own used rig five years ago when starting out; he learned how to maintain it and maximize his productivity as an owner operator. When the truck got too expensive to repair, he went back to driving for a company. He values his CDL and makes sure he complies with all trucking laws and regulations as well as utilizing the best practices he learned in CDL school and from more experienced drivers.

On Sunday, August 11, 2024, his trailer was split in the center when some massive rolls of paper were not properly secured and crashed through the side, being visible through his mirror. He pulled over quickly and took all of the necessary precautions. The state trooper who responded to the call commended Mike for spotting the problem early and leaving the road before severe damage could occur, possibly threatening the safety of others. The trooper cited the company but took no action against Mike. To this day, his CDL has no infractions. Trucking can be a dangerous job – one that he takes very seriously.

He also was trained as a phone counselor and made himself available to those who were undergoing stress or a crisis. He mentors boys and young men, particularly those who don't have a steady man in their lives. He believes he has a responsibility to model a work ethic and healthy male behavior to them. Once a mother of a teen asked Mike to talk to her son, and Mike did, taking him to dinner and spending time with him. The teen is now a young man in the military and has thanked Mike for his counsel.

Mike is brave. On September 28, 2019, Mike took me to a drag racing event in Madison Illinois, since I am an avid drag racing fan. It was my first time ever attending a NHRA national event. He was tired and asked me to drive about halfway through the trip. About 2 minutes away from our hotel, I started merging into the right lane to exit the highway, when another car appeared to come out of nowhere. I returned to my lane but the other driver lost control of the car and crashed into the front of the SUV then the rear of that car swung into the back pushing us into a tailspin. I fought for control and was able to bring the SUV to a stop, but the other car careened onto the embankment then stood on its nose and flipped over, trapping three youth inside. Mike jumped out of the SUV and pulled the driver out as smoke came from the engine, then he went for the rear passenger. I physically couldn't do much but Mike was committed to saving those kids. Ultimately it took the fire department to free two trapped girls. I'll never forget that night. The fear I felt for those youth, and the pride I felt for the bravery and compassion of my son. The youth were not seriously injured. Even as a trucker, Mike has described accidents where he pulled over to help.

2

He has made a remarkable turn around and has grown tremendously as a person. He is now ready for middle aged life, and he wants to make sure his son is prepared for a vastly different future than either of us lived with. He reads incessantly and is studying the financial markets to prepare himself as an investor as a means to improve his life. He has read books written by Napolean Hill, Earl Nightingale and others on how to improve upon the human condition.

He's a proud father of an eight-year-old son. Even though he is no longer with the mother after 10 years, he still provides for his son and actually provides parental care three days of the week. He is committed as a father to raising his only child and being there for his growth and educational development. Marlo, his son, takes piano lessons and spends Friday through Sunday with his dad, who adjusts his work schedule to be with him.

He and Marlo's mother are working to get Marlo into Bronzeville Classical, where he can get a first class elementary school education. After Marlo won his 2nd grade spelling bee last year, he went on compete against eight graders in the all school spelling bee, where he placed sixth. Mike wants to continue to shape his son's life, developing integrity, self-confidence and a sound work ethic. Mike believes that self-confidence is important for Marlo so he can withstand peer pressure, which he believes negatively impacted himself. He is providing Marlo with values and an understanding of respect for others. He is doing a yeoman's job of building a young Black man from the inside out.

On April 24, 2022, Mike leaped out of an airplane to test his metal as his first skydiving jump. He explained to me that he wanted to face his fears and feel alive, and this test would allow him to have a better understanding about life and himself. I take my hat off to him - I will never jump out of a perfectly good airplane. But Mike has worked consistently to find himself in this world.

I'd like to conclude by saying that there is no societal value or benefit to be served by separating Mike from his aging parents, myself, 69 years old and a prostate cancer survivor, and his mom Michelle, 75 years old, his sister, Kya and his own son. He is not a threat to our society; he is a benefit. He is a loving father, son and grandson. He is a committed and dedicated worker delivering products to our communities. He cares deeply about his family and community, he votes regularly, and he believes he has a responsibility to make things better. He's one of the good guys, and I'm praying that God will bless him and keep him through this ordeal that occurred during his young life.

Thank you for reading this and God bless and keep you.

Ray Bentley

3