# Exhibit 5

# Group shoots man dead in South Side gangway

crimeinchicago.blogspot.com/2011/06/group-shoots-man-dead-in-south-side.html



A 22-year-old man was fatally shot Tuesday evening on the South Side in the city's Fuller Park neighborhood, officials said.

Witnesses told police that at about 6:30 p.m. they saw a group of males walk into a gangway on the 5500 block of South Princeton Avenue and soon after heard gunshots. The group reemerged, then got into a van and fled south from the scene.

The victim was identified as Malik Dunlap of the 1300 block of West 98th Place, according to a spokeswoman for the Cook County medical examiner's office. He was pronounced dead at 9:35 p.m. at the Stein Institute.
SHOOTING  OCCURED IN THE 7th DISTRICT Beat 711 (Jan. 1, 2011-May 23, 2011)
Shooting- 3
Homicide- 1
Drug Arrests- 58
Robbery- 31
Gun Arrests-4