# Exhibit 7

To Whom It May Concern,

My name is Alea Smith and I'm the mother of Michael Bentley's only child. We share a loving, smart and beautiful son named Marlo who is 9 years old. Currently I am Table Games Supervisor (Pit Boss) at Rivers Casino. With the current economic climate things have slowed down so I've started my own Permanent Makeup/ Paramedical tattooing business.

When I met Michael in the summer of 2015. I moved from St. Louis, Mo to Chicago to continue nursing school and the only person I knew was my best friend, Lauren. I had sold my car shortly after moving to Chicago and I remember Michael picking me up and dropping me off at work as often as he could to make sure that I was safe. When I had friends or family come into town, he would show everyone around and make them feel loved and welcome. After my mom and dad met Michael, they felt better about me being in a big city all alone and his welcoming energy. Michael could meet a stranger on the street, in a store or a dentist's office and spark a conversation with them, leaving them smiling. I've always admired how great he is at getting people to see their potential or motivating them to aim for the stars. There were times when we would order 60-70 sandwiches from Subway or McDonald's and cases of water to pass out to the homeless in various parts of the city and give them words of encouragement. Michael not only wanted to give back because it was in his heart to do so but he wanted to teach our son valuable lessons in helping the less fortunate, treating others with respect and life lessons in general.

Michael and I co-parent equally. As a father he is top tier. There were times when Michael would be frustrated with me wanting to take Marlo to visit my family in St. Louis because that would cut into his time, but he always agreed. In those moments it would bother me that he was frustrated but I still admired the fact that he cared about missing out on that time with Marlo. I honestly couldn't think about the idea of raising Marlo without him. Living in a big city with no family of my own and raising a child can be tough but Michael and his family made it a breeze. Michael loves being hands on. He makes sure that Marlo's school has his contact information and makes sure to get familiar with school staff. He loves teaching our son essential life skills, taking him on hikes and getting him up for school with positive quotes for the day just to name a few. If Micheal is nothing else, he's a great father, something no one can

take away from him.  He enjoys being a father and he's Marlo superhero. Everything that he does is to raise our son to be an outstanding young man.

Sincerely submitted,

Alea Smith  5/5/25