# Exhibit 8

Dear Honorable Judge Cummings,

I hope this letter finds you well. My name is Jillian Shallow, and I am writing to you today on behalf of Michael Bentley, whom I have had the privilege of knowing for over 15 years. In that time, I have come to deeply respect his character, strength, integrity, growth, and commitment to the betterment of those around him, as well as his devotion to his young son Marlo.

Mike embodies compassion, responsibility, and wisdom. As a close friend and godmother to his son, I have witnessed his dedication to his family, friends, and his own personal development, especially through his volunteer work with the suicide hotline, and his mentoring to a young man before his service in the United States Army.

I have seen Mike grow tremendously and show resilience, facing life's challenges with determination. We have known each other for a significant amount of time, and it is truly a privilege to have him as a close friend. Mike has encouraged me during many challenging times in my life and has been a great friend to myself and my family. I have witnessed him transitioning in a new career, essentially starting over. I admire how he takes this challenge in stride. I personally believe that it is never too late to make things right and everyone deserves a chance to learn from their mistakes. He actively seeks self-improvement by learning new skills and trades, helping others in the community through outreach, and reflecting on himself, all with a genuine commitment to bettering himself for both his own sake and his phenomenal son.

Your Honor, I recognize the gravity of the situation before you and fully respect the seriousness of the legal process. However, I humbly ask that you take into consideration the positive qualities that define Mike. He is not only remorseful for his actions but is also committed to making amends and contributing positively to society. I believe in his ability to learn from this experience and continue making meaningful contributions to our community.

Thank you,
Jillian Shallow