# Exhibit 9



**Congrats, Michael!!**

One of our Supervisors recognized you for the way you handled yourself on the platform recently! Take a look at what Cassidy Walker had to say about you.

Michael used good contact techniques, validations, and strength IDs to help their texter feel supported and heard. Because of their genuine, warm support, the texter got to that cool calm. Wonderful work!

All of us at Crisis Text Line think you're pretty great. THANK YOU for being so dedicated to our texters and our community! We really and truly couldn't do it without you and your dedication.

Sending love and gratitude,
Brianna

--

Brianna Kouder
Crisis Text Line Coach



View this email in your browser

Hi Michael,

Congrats! You successfully completed Crisis Text Line training. Nice work! Thank you for all the time and energy you've given thus far. We're looking forward to supporting you as you begin taking conversations on the Platform.

**Your first shift.**

Feeling a bit nervous? You're not alone. Most volunteers feel this way at first. Know that everyone on the Platform, including our Supervisors, will have your back. And we encourage you to ask for help — we've all been "baby chicks" too.

**Your newest supporter(s).**

Now that you're officially a volunteer Crisis Counselor, you're gaining a whole new level of support: the Success Coaching team! The Success Coaching team will be there for you throughout your journey with Crisis Text Line. Be on the lookout for an email from your Coach!

**Login.**

When you log in at home.crisistextline.org, things will look a bit different. You'll notice a new tile labeled Platform! This is where you'll go to support texters during your scheduled shifts.

**Explore.**

We suggest logging in a few minutes early prior to your first shift to become familiar with the Platform. There are tons of resources available to help you feel confident, from the tip sheets in the Toolbox to the other volunteer Crisis Counselors in the chat.

**Practice.**

Want to revisit training? You can find the textbook and videos under the Training Materials tile. Want more practice? Visit the Shift Simulator where you can take simulated conversations in an environment resembling the Platform.

**Our Network.**



**Crisis Text Line**
You're now a Level 4 Crisis Counselor!
To: Michael Bentley

View this email in your browser

Hey Michael,

Congrats and welcome to Level 4! You've had 50 conversations — that's a lot of empathy!

- **Color.** Your name will appear in light green on the Platform so everyone knows you're a Level 4.

Your next milestone is Level 5, at 100 convos. See you there!

Warmly,
Brianna Kouder

Copyright © 2018 Crisis Text Line. All rights reserved.