# Exhibit 10

Tracey Wells
Chicago, IL, 60643
traceywells23@yahoo.com
April 2, 2025

Dear Honorable Judge Cummings,

I am writing to you regarding Michael Bentley. I had the privilege of meeting him 10 years ago, and got to know Michael's character three years ago, and I would like to share my perspective of him and the positive impact he has had on my family.

From my very first encounter with Michael, I was truly inspired and motivated by his intelligence and positivity. He has an extraordinary ability to uplift others, and his encouragement has motivated me to strive to be a better person. Michael has also played a pivotal role in my son's life. I reached out to him to be a mentor to my son, who at the time was having a few issues, and I am incredibly grateful that he said yes with *NO* hesitation. Michael took the time to connect with him by calling to talk, picking him up to go eat lunch, and speaking positivity with him. Michael's guidance has transformed my son's outlook and actions, and I am proud to say that my son is now serving our country in Alaska, a testament to the positive influence Michael has had on him.

Michael possesses great potential to positively impact the lives of many young individuals. I truly believe that he can and will continue to make a difference to change lives for the better.

I kindly urge you to consider Michael's character and the significant positive contributions he has made to my family. I believe that an alternative to incarceration would be more beneficial for him, allowing him to continue his mentorship and support for others.

Thank you for considering my letter. I appreciate your time and attention to this matter and hope for a compassionate decision regarding Michael.

Sincerely,

*Tracey Wells*

Tracey Wells