# Exhibit 11

**April 9, 2025**

Dear Honorable Judge Cummings,

I am writing this letter to provide a character reference for Mr. Michael Bentley who is scheduled to appear before your court. My name is Minerva Fuentes and I have known Mr. Bentley for a year in my capacity as his colleague at DMK Express, Inc. Throughout our time working together, I have come to know Mr. Bentley as an individual of remarkable integrity and strength of character. He also exhibits dedication, promptness and loyalty.

Mr. Bentley has consistently demonstrated a strong commitment to both professional and personal responsibilities. As a Logistics Coordinator at our company, Mr. Bentley has not only excelled in his duties but has also positively influenced those around him, often going above and beyond expectations. His dedication and work ethic are truly exemplary, and he has earned the respect of both his peers and supervisors.

In my opinion the incident does not reflect Mr. Bentley's character. His commitment to excellence and unwavering work ethic is a testament to his character and his desire to contribute positively to society. I believe this is an anomaly in his otherwise responsible conduct. I'm confident he regrets any harm caused and is committed to learning from this experience.

Mr. Bentley regrets his past, and his actions show he's committed to integrity and responsibility.  He volunteers, he works hard without complaint to support his son and to educate him on cause and effect, accountability and how to be a good person.  The energy he emits is one of love, strength, respect and positivity.

I can say with confidence, he is one of the most kindhearted, dependable, and hardworking individuals I have had the pleasure of working with. I believe if Mr. Bentley is given a second chance, he will not take it for granted.

Your honor, I hope that you will consider my observations during your deliberations. I sincerely believe that Mr. Bentley deserves every opportunity for leniency and the chance to continue making a positive impact on those around him. I am confident that Mr. Bentley has learned from past experiences and remains committed to making positive changes. I firmly believe in his potential to be a valuable and contributing member of the community. It is my heartfelt hope that the court will consider this letter as a testament to Mr. Bentley character, as well as his capacity for growth and rehabilitation.

Thank you for your time and consideration. Please feel free to contact me via email at minervarfuentes@gmail.com should you require any additional information.

Sincerely,

**Minerva Fuentes**

minervarfuentes@gmail.com