# Exhibit 12

April 22, 2025
Dear Honorable Judge Cummings:

I am Reverend James Phipps and I am writing on behalf of Michael Bentley. I grew up in Marks Mississippi, an agricultural town specializing in cotton, from a family of 15 children. In 1963, at the age of 13, I became involved in the civil rights movement, leading student marches into the white community fighting for integration of the all-white high school. As a result of my actions, my dad was fired from his trucking job and I was expelled from the entire Mississippi school system. The NAACP helped place me with a family in Washington, D.C. where I attended Woodrow Wilson High School.

After graduation in 1968, I joined my parents who had moved to Chicago in 1963 during the great migration. I then became a full-blown activist with SNCC, going south to Alabama and Mississippi. I worked with Fannie Lou Hammer, Annie Devine, and Dr. Aaron Henry to organize and recruit Black folks to register to vote and address malnutrition. I was severely injured by police and have been in jail with John Lewis, Stokely Carmichael, Charlie Cobb and Julian Bond, just to name a few. I have bled for the cause and I am still active at 76 years of age, as an executive board member of SEIU and a voting rights advocate. I believe I have paid my dues to take this next provocative step with you in asking that you examine the injustice that is being promulgated by the federal prosecutor in this case.

To sit on their hands for five years before even charging this young man until the very last moment, and then to literally throw the book at him cannot serve any just purpose, not when all around us injustices are occurring in our communities and throughout our nation. I have been following our history over the last 30+ years, and I think that real crimes have been committed by the music and media industry, which shamelessly promoted "gangsta rap" propaganda that poisoned the minds of our men and boys just like the current music/media poisons the minds of our young women. This was and is a social epidemic that has been documented by numerous universities and scholars (Crime as Pop, Dollinger & Rieger, 2023). I believe even the Dept of Justice initiated a study once, although I bet you'll be hard pressed to find it.

Your honor, our people are in a fragile state, and I believe we need to be able to do all we can to save as many as we can from this ordeal in identity crisis we are suffering. Michael has saved himself. He has suffered much over the last five years as he tried to rebuild his life, not knowing where he fit or what he could or couldn't do as a result of this shadow hanging over his head. In spite of this, he has worked hard, rebuilding parts of his life without knowing if he would be yanked off to jail on any given day. He has come out of it stronger and in a position to do good and show true love for his family and his community. People like him are invaluable to our community because they can help us to reach out and save the others both by word and by deed. This is a war we are in, as real as any other war that is fought to save the lives and souls of a nation. The judicial system will not save us, and may in many instances actually harm us if justice is not truly just.

Michael is a good man. He is a father, a son, a grandson, a mentor, and a hard worker. He drives his truck every day to put food on the table and take care of his responsibilities. He has changed his life for the best, and he is a proud Black man. I know you can't right all of the wrongs I highlighted above, but you do have the power to look into this Black man's eyes and see his soul. I think that when you do you will see what I see.

May God bless and keep you,

Reverend James Phipps
Phone: (312) 493-6231